

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): Resource Technology Corporation** **Defendant(s):**

County of Residence:                                    County of Residence:

Plaintiff's Atty:   Louis D Bernstein            Defendant's Atty:
                    Much Shelist
                    191 N Wacker Dr Ste 1800
                    Chgo IL
                    312/521-2000

II. Basis of Jurisdiction:        **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal            **08CV2426**
Parties (Diversity Cases Only)
             Plaintiff:- N/A               **JUDGE KENNELLY**
             Defendant:- N/A               **MAG. JUDGE          BROWN**

IV. Origin :                 **1. Original Proceeding**

V. Nature of Suit:           **422 Appeal 28 USC 158**

VI. Cause of Action:         **Notice of Appeal**         **FILED**

VII. Requested in Complaint                              APR 2 9 2008 TC
        Class Action:                                    APR 29 2008
        Dollar Demand:                                   MICHAEL W. DOBBINS
        Jury Demand: No                                  CLERK, U.S. DISTRICT COURT

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _Dorothy N Carroll_

Date: _4/29/2008_

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**          Revised: 06/28/00