## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 08 C 2426

RESOURCE TECHNOLOGY CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALLIED WASTE INDUSTRIES, AMERICAN DISPOSAL SERVICE OF ILLINOIS, INC. and SANGAMON VALLEY LANDFILL, INC.

| | |
|---|---|
| NAME (Type or print) <br> Adam R. Chiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Adam R. Chiss | |
| FIRM <br> REED SMITH LLP | |
| STREET ADDRESS <br> 10 South Wacker Drive, Suite 4000 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6272056 | TELEPHONE NUMBER <br> (312) 207-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ✓    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ✓ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |