# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2426 | **DATE** | 5/5/2008 |
| **CASE TITLE** | In Re: RESOURCE TECHNOLOGY CORP | | |

**DOCKET ENTRY TEXT**

Motion to consolidate cases is granted [#8]. Case No. 08 C 2426 and Case No. 08 C 2428 are consolidated into Case No. 08 C 2425. Motion for extension of time to file brief is granted [#4]. Appellants' opening brief is to be filed by 6/27/08; appellees' brief is to be filed by 8/8/08; and appellants' reply brief is to be filed by 8/22/08. The Court directs the multiple appellants and appellees in this case to file consolidated briefs to the extent reasonably feasible.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|